# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH HERRERA, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA, a California Corporation, and CONCENTRA GROUP HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | Case No. 2:21-cv-03468-PA (JPRx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 23, 2021<br>Trial Date:        June 28, 2022<br><br>District Judge:      Percy Anderson<br>Magistrate Judge: Jean P. Rosenbluth |

1  The Court, having considered the Joint Stipulation to Dismiss with Prejudice
2  ("Joint Stipulation"), hereby **GRANTS** the Joint Stipulation as follows:
3     1. This action is **DISMISSED IN ITS ENTIRETY**, each party to bear its
4        own costs and fees.
5  **IT IS SO ORDERED.**

Dated: March 17, 2022

                        Percy Anderson
                   United States District Judge